```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 04 B 27417
   WILLIE E TOBAR
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-7064

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 07/23/2004 and was confirmed 10/04/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  10.00%.

      The case was dismissed after confirmation 07/16/2007.
------------------------------------------------------------------------
   CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
------------------------------------------------------------------------
   AMERISTAR FINANCIAL        NOTICE ONLY    NOT FILED          .00          .00
   ADLER & ADLER & ASSOC      UNSECURED      NOT FILED          .00          .00
   CAPITAL ONE BANK           NOTICE ONLY    NOT FILED          .00          .00
   INTERNAL REVENUE SERVICE   UNSECURED       12519.79          .00       749.56
   CAPITAL ONE BANK           FILED LATE        772.66          .00          .00
   PORTFOLIO RECOVERY ASSOC   UNSECURED       22128.24          .00      1324.81
   INTERNAL REVENUE SERVICE   PRIORITY          252.09          .00        252.09
   GREENBERG & ASSOC          DEBTOR ATTY     2,500.00                   2,500.00
   TOM VAUGHN                 TRUSTEE                                      266.54
   DEBTOR REFUND              REFUND                                          .00

           Summary of Receipts and Disbursements:
   ------------------------------------------------------------------------
                            RECEIPTS            DISBURSEMENTS
   ------------------------------------------------------------------------
   TRUSTEE                   5,093.00

   PRIORITY                                          252.09
   SECURED                                              .00
   UNSECURED                                       2,074.37
   ADMINISTRATIVE                                  2,500.00
   TRUSTEE COMPENSATION                              266.54
   DEBTOR REFUND                                        .00
                           ---------------    ---------------
   TOTALS                    5,093.00             5,093.00




               PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 27417 WILLIE E TOBAR
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 10/18/07                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                                PAGE   2
        CASE NO. 04 B 27417 WILLIE E TOBAR